AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CENTURION PROPERTIES III, LLC, and SMI GROUP XIV, LLC,

      Plaintiffs,

v.

THOMAS R. HAZELRIGG, III, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5130-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims against all defendants except Chicago Title Insurance Company are dismissed with prejudice. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party as to all defendants except Chicago Title Insurance.

| February 19, 2013 | SEAN F. McAVOY |
|---|---|
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |