# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CENTURION PROPERTIES, III, LLC; and SMI GROUP XIV, LLC,

*Plaintiff*

v.

CHICAGO TITLE INSURANCE COMPANY, a Nebraska company,

*Defendant*

Civil Action No.  CV-12-5130-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for
Summary Judgment.  Judgment is entered in favor of Defendant Chicago Title Insurance Company.

Date: July 3, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb